11-1-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER EHRMAN, | ) CIVIL ACTION NO: |
| Plaintiff, | ) 7:21-CV-07167 (VB) |
| vs. | ) |
| MOUNT VERNON CITY SCHOOL DISTRICT, | ) |
| Defendant. | ) OCTOBER 28, 2022 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant in the above-caption case hereby stipulate to a dismissal of this action with prejudice, each party to bear her or its own costs and expenses.

Defendant's counsel has reviewed this stipulation and has authorized Plaintiff's counsel to file it jointly.

FOR PLAINTIFF
ESTHER EHRMAN

By: _/s/ Gary Phelan_
Gary Phelan
Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
203-873-0240
gphelan@mitchellandsheahan.com

FOR DEFENDANT
MOUNT VERNON CITY SCHOOL DISTRICT

By: _/s/_
Steven A. Goodstadt
Ingerman Smith LLP
150 Motor Parkway, Suite 400
Hauppauge, NY 11788
(631) 261-8834
sgoodstadt@ingermansmith.com

SO ORDERED:
VB, USDJ
11/1/22
Clerk shall close this case